IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAT'L RIFLE ASS'N OF AMERICA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Action No. 1:20-mc-00006 (RDA/IDD) ) |
| ACKERMAN MCQUEEN, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that the Motion to Quash Third Party Subpoena [Dkt. No. 1] is **TRANSFERRED** to the Northern District of Texas.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 6th day of March 2020.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia